# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS RUIZ,<br><br>      Plaintiff,<br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>      Defendants. | 3:17-cv-00643-RCJ-WGC<br><br>**MINUTES OF THE COURT**<br><br>September 6, 2019 |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

  Before the court is Plaintiff's combined "Motion to Stay Discovery/Motion to Compel Discovery". The court clerk logged the former component (stay) as ECF No. 30 and the latter (compel) as ECF No. 31.

  Relative to the motion to compel, Plaintiff states he served discovery on Defendants in July. Not having received any response from Defendants, Plaintiff wrote to Defendants' counsel on August 29, 2019, advising Defendants' responses were overdue and requested a "meet and confer" with Defendants' counsel (ECF No. 30 at 8-9). As of the date of this electronic filing of Plaintiff's two motions (9/4/2019), Plaintiff apparently had not received a response from Defendants' counsel.

  Plaintiff states he is scheduled to be seen by an orthopedic surgeon, and requests that after Defendants provide discovery responses, that further discovery by stayed. (*Id.* at 5.)

  The court denies the component of Plaintiff's filings which seeks to stay discovery (ECF No. 30). However, the court vacates the current discovery deadline of September 30, 2019, and the dispositive motion deadline of October 30, 2019 (ECF No.23). The court will re-set these and any other deadlines at a later date.

  ///

**IT IS HEREBY ORDERED** that Defendants shall respond to Plaintiff's Motion to Compel (ECF No. 31) on or before **September 18, 2019**. Defendants shall also advise whether Plaintiff has seen/will be seen by an orthopedic surgeon with respect to his complaints of chronic back pain. While the court will address Plaintiff's motion to compel at a hearing to be scheduled by the Courtroom Administrator, Plaintiff is advised that in accordance with Nevada Department of Administrative Regulation 639-03, unless Plaintiff can demonstrate exceptional circumstances, the court will not order that Plaintiff be allowed to possess his medical records in his cell at Lovelock Correctional Center.

DEBRA K. KEMPI, CLERK

By: _____/s/_____

Deputy Clerk