# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS RUIZ,<br><br>                Plaintiff,<br><br>  v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Defendants. | 3:17-cv-00643-RCJ-CSD<br><br>**ORDER** |

    The parties shall file their Joint Pretrial Order on or before **Friday, May 27, 2022**.

**IT IS SO ORDERED.**

DATED: April 28, 2022.

_____
UNITED STATES MAGISTRATE JUDGE