**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CARLOS RUIZ,<br><br>                Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                Defendants. | Case No. 3:17-cv-00643-RCJ-CSD<br>           3:18-cv-00206-RCJ-CSD<br><br>**FINDINGS OF FACT AND CONCLUSIONS OF LAW ON PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF** |

On April 28, 2023, a jury verdict was reached in favor of Plaintiff and against Defendant Kim Adamson in Case Number 3:17-cv-00643-RCJ-CSD and in favor of Defendant Tara Carpenter and against Plaintiff in Case Number 3:18-cv-00206-RCJ-CSD. On April 28 and May 2, 2023, the Court held oral argument and denied Plaintiff's Request for Injunctive Relief. The Court made findings on the record and further ordered that the transcripts[1] of the proceedings will constitute the Court's Order denying Plaintiff's request for injunctive relief. Accordingly,

**IT IS ORDERED** Plaintiff's Request for Injunctive Relief is DENIED. See, Transcripts (3:17-cv-00643-RCJ-CSD (ECF Nos. 206 and 207) and 3:18-cv-00206-RCJ-CSD (ECF Nos. 165 and 166)).

**IT IS SO ORDERED.**

DATED this 11th day of May 2023.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

---

[1]Transcript of April 28, 2023, Hearing (3:17-cv-00643-RCJ-CSD (ECF No. 207) and 3:18-cv-00206-RCJ-CSD (ECF No. 166) filed May 10, 2023, and Transcript of May 2, 2023, Hearing (3:17-cv-00643-RCJ-CSD (ECF No. 206) and 3:18-cv-00206-RCJ-CSD (ECF No. 165) filed May 5, 2023.